O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JULIO CESAR RAMOS-OSEGUERA,     )     CASE NO. CV 11-08730 MWF (RZ)
                                )
                Petitioner,     )
                                )     ORDER ACCEPTING FINDINGS,
        vs.                     )     CONCLUSIONS AND
                                )     RECOMMENDATIONS OF UNITED
LINDA SANDERS, WARDEN,          )     STATES MAGISTRATE JUDGE
                                )
                Respondent.     )
                                )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge, and has considered de novo any portions of the Report as to which Petitioner has filed objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 25, 2012

_____
        MICHAEL W. FITZGERALD
        UNITED STATES DISTRICT JUDGE