**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIO CESAR RAMOS-OSEGUERA, | ) | CASE NO. CV 11-08730 MWF(RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| LINDA SANDERS, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of JULIO CESAR RAMOS-OSEGUERA for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of jurisdiction.

DATED: May 25, 2012

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE